IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE GRAY, | CIVIL DIVISION |
| Plaintiff, | 2:05 CV 1192 |
| v. | The Honorable Donetta W. Ambrose/ Magistrate Judge Francis X. Caiazza |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendant. | Filed on behalf of Defendant Nationwide Mutual Insurance Company |
| | Counsel of Record for Defendant: Krista Kochosky Orashan, Esquire PA Id. #80692 |
| | Dickie, McCamey & Chilcote, P.C. Two PPG Place, Suite 400 Pittsburgh, PA 15222 412-281-7272 |

ORDER OF COURT

AND NOW, this 10th day of _____Nov._____, 2005, upon consideration of the Joint Motion to Remand to State Court based on Stipulations to Dismiss Counts II and III of the Complaint pursuant to F.R.C.P. Rule 41(a)(1) and Stipulation of Damages, it is hereby ORDERED, ADJUDGED and DECREED that Counts II and III of the Complaint are DISMISSED, with prejudice, and that this action is remanded to State Court based upon the parties' stipulation that the amount in controversy is not in excess of seventy-five thousand ($75,000.00) dollars.

BY THE COURT,

*Donetta W. Ambrose* (signature)